IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 20 AM 11: 26

[CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS]

UNITED STATES OF AMERICA

v.

MARK A. TAYLOR                                            05cr20221-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on _July 20, 2005_ the United States Attorney for this district appeared on behalf of the government and the defendant appeared in person and with counsel:

NAME _Jeff Jones_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: conspiracy to distribute controlled substance - 21:846
Attorney assigned to Case: T. Colthurst
Age: 44

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-21-05_

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20221 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT