IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 26 PM 2:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | • | No. 05-20221-B |
| MARK TAYLOR, | * | |
| Defendant. | * | |
|  | * | |

## ORDER GRANTING PARTIES' JOINT MOTION
## TO TRANSFER MATTER

It is hereby ORDERED that the parties' joint motion to transfer the instant matter to the Honorable Bernice B. Donald, U.S. District Court Judge, who is presiding over the other pending case in which the defendant is named, Case No. 05-20084-D, is hereby GRANTED.

DONE at Memphis, Tennessee, this 26 day of September 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20221 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT