IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

2005 SEP 30 PM 2:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | • | No. 05-20084-D |
|  | * | No. 05-20221-D |
| MARK TAYLOR, | * | |
| Defendant. | * | |
|  | * | |

## ORDER GRANTING GOVERNMENT'S MOTION FOR AN ORDER REINSTATING THE DEFENDANT'S BOND

It is hereby ORDERED that the Government's motion for a order confirming the September 26, 2005, oral ruling by the Honorable Bernice B. Donald, United States District Court Judge, reinstating the defendant's bond, is hereby GRANTED, and the defendant shall be released subject to the conditions of release set forth in the Order Setting Conditions of Release, entered on May 19, 2005, in Case No. 05-20084-D (docket # 6).

DONE at Memphis, Tennessee, this 30th day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20221 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT